COLUMBUS BAR ASSOCIATION *v.* POTTS.

[Cite as *Columbus Bar Assn. v. Potts* (1992), 65 Ohio St.3d 297.]

(No. 92–1392—Submitted September 15, 1992—Decided December 14, 1992.)

*Heather G. Sowald, Geoffrey Stern* and *Bruce A. Campbell,* for relator.
*Larry H. James* and *Fran Tosi,* for respondent.

*Per Curiam.* We have reviewed the record and the exhibits and we concur in the findings of fact and conclusions of law of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., not participating.